UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL KEITH WILSON,

Plaintiff,

v.

M. DE ARTON, et al.,

Defendants.

Case No.  2:25-cv-2984-DC-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 3, 4, 6, 7)

Plaintiff is proceeding *pro se* in this matter. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On December 19, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (Doc. No. 7) filed December 19, 2025, are ADOPTED in full;

2.  Plaintiff's motion for temporary restraining order (Doc. No. 4) and motions for miscellaneous relief (Doc. Nos. 3, 6) are DENIED; and

3. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 24, 2026**

Dena Coggins
United States District Judge

2