UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEITH WILSON, | Case No. 2:25-cv-2984-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| M. DE ARTON, *et al.*, | |
| Defendants. | |

On December 19, 2025, I screened plaintiff's complaint and dismissed it for failure to state a claim. ECF No. 7. I ordered plaintiff to file, within thirty days, either an amended complaint or a notice of voluntary dismissal of this action. *Id.* Plaintiff failed to comply with that order. Accordingly, on February 23, 2026, I ordered plaintiff to show cause why this action should not be dismissed. ECF No. 13. I notified plaintiff that if he wished to continue with this lawsuit, he must file an amended complaint. *Id.* Plaintiff now move for appointment of counsel. ECF No. 19.

Generally, pro se litigants do not have a right to counsel in civil actions. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). However, the court can request an attorney represent an indigent civil litigant under certain exceptional circumstances. 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel"); *see Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir 2004). In determining whether such

1

circumstances exist, the court must evaluate both the plaintiff's likelihood of "success on the merits and . . . plaintiff's ability to articulate his claims in light of the complexity of the legal issues involved." *Agyeman*, 390 F.3d at 1103 (internal quotation omitted).

The court does not find that plaintiff's likelihood of success, the complexity of the issues, or the degree of plaintiff's ability to articulate his claims amount to exceptional circumstances warranting the appointment of counsel. Accordingly, plaintiff's motion is denied. In light of plaintiff's pro se status, the court will grant him one final opportunity to file an amended complaint. Failure to comply with this recommendation will result in a recommendation that this action be dismissed.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for appointment of counsel, ECF No. 19, is DENIED.

2. Plaintiff's is granted until April 22, 2026 to file both a response to the February 23, 2026 order to show cause and an amended complaint. Failure to comply with this recommendation will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    April 8, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2